IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON,<br><br>    Plaintiff,<br><br>    v.<br><br>CR-DESIGN & CONSTRUCTION INC., DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants. | CIV. NO. 24-00578 JMS-KJM<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT CR-DESIGN & CONSTRUCTION INC. REGARDING LACK OF INSURANCE COVERAGE |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT CR-DESIGN & CONSTRUCTION INC. REGARDING LACK OF INSURANCE COVERAGE**

Findings and Recommendation having been filed and served on all parties on August 13, 2025, and no objections having been filed by any party, IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are ADOPTED as the opinion and order of this court.

It is therefore determined by the court that:

1. There is no coverage for Defendant's claims under the Lloyd's Policy; and

2. Plaintiffs have no obligations under the Lloyd's Policy to defend and indemnify Defendant, or any of its agents, assignees, including, but not limited to, any and all disputes involving the Yick Home Project.

The clerk of court is directed to close the case.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 3, 2025.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge